# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1607

_____

Richard L. Cox,                          *
                                         *
            Appellee,                    *
                                         *    Appeal from the United States
      v.                                 *    Bankruptcy Appellate Panel
                                         *    for the Eighth Circuit.
Barbara Griffin,                         *        [UNPUBLISHED]
                                         *
            Appellant.                   *

_____

Submitted:  April 25, 2006
    Filed:  April 27, 2006

_____

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Barbara Griffin, the wife of debtor Stephen Griffin, appeals from a decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] judgment in favor of the court-appointed trustee, Richard Cox. Upon review of the bankruptcy court's factual findings for clear error, and its legal conclusions de novo, see In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002) (standards of review), we agree with the BAP that the bankruptcy court properly avoided post-petition payments totaling

_____

[1]The Honorable James G. Mixon, United States Bankruptcy Judge for the Western District of Arkansas.

$65,000 to Barbara Griffin, avoided as to the trustee her recording of a quitclaim deed, and declared that the prenuptial agreement between Barbara and Stephen Griffin did not effect a present transfer of the real property at issue. We therefore affirm. See 8th Cir. R. 47B.

_____